```
               UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
              CIVIL CASE NO.: 24-2496(DSD/JFD)
```

Julie Dalton, individually and
on behalf of all others
similarly situated,

                                                **ORDER**

    Plaintiff,

  v.

Retail Services & Systems Inc.
d/b/a
Total Wine & More,

    Defendant.

Based upon the submitted notice of dismissal, **IT IS HEREBY ORDERED that** all claims between the parties are dismissed with prejudice without costs or disbursements to any party.

Dated: September 26, 2024      s/David S. Doty_____
                                            David S. Doty, Judge
                                            United States District Court